

**FILED**

10/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0084

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0084

STATE OF MONTANA,

      Plaintiff and Appellee,

v,

BILLY LEE HENDERSON III,

      Defendant and Appellant.

FILED

OCT 1 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Reply Brief filed on October 12, 2022, this Court has determined that the brief does not comply with the below referenced Rules and must be resubmitted.

M. R. App. P. 11(3)(a) requires that the margins on the right side and left side and on the top and bottom are not less than 1 inch wide. Appellant's margins are less than 1 inch wide.

M. R. App. P. 11(3)(b) requires that the pages be double spaced except that footnotes and quoted and indented material may be single spaced. Appellant's pages are not double spaced.

M. R. App. P. 11(6)(b)(ii) requires that the cause number in this Court be on the cover page. Appellant's cause number on the cover page is incorrect.

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of this Order the Appellant shall file with the Clerk of Court a signed original and nine copies of a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the postage costs for returning the referenced

copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 14th day of October, 2022.

For the Court,

By_____
Justice